GREENBERG TRAURIG, LLP
Michael H. Goldstein (SBN 115675)
Adam M. Starr (SBN 222440)
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: goldsteinmh@gtlaw.com
       starra@gtlaw.com

Attorneys for MTGLQ Investors, L.P.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ONE LAND, LLC,<br>a California limited liability company,<br><br>    Debtor. | Chapter 11<br><br>Case No. SV09-20989-MT<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF GREENBERG TRAURIG, LLP**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE COURT, THE UNITED STATES TRUSTEE, THE DEBTOR, AND OTHER PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby enters this notice of appearance on behalf of MTGLQ Investors, L.P., secured creditor in the above-captioned case and the assignee of the rights and claims of secured creditor COMM 2006-C8 Calabasas Limited Partnership, pursuant to, *inter alia*, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). The undersigned counsel further requests that copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

**GREENBERG TRAURIG, LLP**
MICHAEL H. GOLDSTEIN
ADAM M. STARR
2450 Colorado Avenue
Suite 400E
Santa Monica, California 90404
Email: goldsteinmh@gtlaw.com
starra@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise.

This Notice of Appearance and Request for Special Notice shall not be deemed to be a waiver of the above-named party-in interest's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, set-offs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Dated: December 2, 2010
Santa Monica, California

GREENBERG TRAURIG, LLP

/s/ *Adam M. Starr*
Michael H. Goldstein (SBN 115675)
Adam M. Starr (SBN 222440)

Attorneys for MTGLQ Investors, L.P.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404

A true and correct copy of the foregoing document described as <u>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF GREENBERG TRAURIG, LLP</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 2, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Robert M. Yaspan         court@yaspanlaw.com
Katherine Bunker         kate.bunker@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 2, 2010 | Teresa M. Castelli | /s/ Teresa M. Castelli |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                       **9013-3.1.PROOF.SERVICE**